**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARC ELLIOTT HENSLEY,**                              **PETITIONER**

v.                                **No. 2:06CV189-P-A**

**SUPERINTENDENT RONALD KING, ET AL.**            **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 2nd day of October, 2007.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE